UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORGUARD INSURANCE COMPANY,

                                   Plaintiff,                  **ORDER**

     -against-                                                24 Civ. 9096 (PMH)(JCM)

PANAGIA FOODS, INC.,

                                   Defendant.
-----------------------------------------------------------------X

      On April 30, 2025, the Honorable Philip M. Halpern referred the above-captioned matter to the undersigned for settlement. (Docket No. 11). The parties are directed to notify the Court, by May 30, 2025, of whether and when they would like the Court to schedule a settlement conference.

Dated: April 30, 2025
       White Plains, New York

                                                         **SO ORDERED:**

                                                          _____
                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge